IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL ALHOLM<br>individually and on<br>behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE VRDOLYAK LAW GROUP, LLC,<br><br>Defendant. | )<br>)<br>)<br>)  No. 1:22-cv-01820<br>)<br>)  Judge Mary M. Rowland<br>)<br>)  JURY DEMAND<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Plaintiff Daniel Alholm individually, and on behalf of all others similarly situated ("Mr. Alholm" or "Plaintiff"), and Defendant the Vrdolyak Law Group, LLC ("VLG" or "Defendant"), hereby file this Joint Status Report pursuant to the Court's October 28, 2022 Order (Dkt. 29), requesting an update on the status of discovery and whether a settlement conference would be productive.

The parties have exchanged initial disclosures and intend to exchange written discovery by January 6, 2023. The parties anticipate continuing to cooperatively participate in discovery.

Before the filing of this lawsuit, the parties engaged in a protracted period of negotiations involving written communications, calls between counsel, and, eventually, Zoom meetings including VLG principals, Mr. Alholm, and counsel. These negotiations were aimed at resolving referral fees, quantum meruit issues, and VLG's claims against Mr. Alholm in litigation currently pending in state court. (Both sides deny that each other's claims have merit.) Pre-suit negotiations were unsuccessful. Both parties are willing to engage in mediation with a magistrate judge, but

believe such mediation would be more productive if it occurred after the Court ruled on VLG's pending motion to dismiss, should any claims continue following such ruling.

Dated: December 15, 2022                    Respectfully submitted,

                                              John Spragens (TN Bar No. 31445) (N.D. Ill. General Bar)
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533
john@spragenslaw.com

*Counsel for Plaintiff and the Proposed Class*

-and-

/s/ William C. O'Hara
Robert D. Sweeney
William C. O'Hara
SWEENEY, SCHARKEY & BLANCHARD LLC
230 West Monroe Street
Suite 1500
Chicago, Illinois 60606
Tel. (312) 384-0500

*Counsel for Defendant Vrdolyak Law Group, LLC*