# EXHIBIT A



# BOARD OF PROFESSIONAL RESPONSIBILITY
## of the
## SUPREME COURT OF TENNESSEE

**SANDY L. GARRETT**
CHIEF DISCIPLINARY COUNSEL
**STEVEN J. CHRISTOPHER**
DEPUTY CHIEF DISCIPLINARY COUNSEL INVESTIGATIONS
**A. RUSSELL WILLIS**
DEPUTY CHIEF DISCIPLINARY COUNSEL LITIGATION
**LAURA L. CHASTAIN**
ETHICS COUNSEL
**BEVERLY P. SHARPE**
DIRECTOR OF CONSUMER ASSISTANCE

10 CADILLAC DRIVE, SUITE 220
BRENTWOOD, TENNESSEE 37027
(615) 361-7500
(800) 486-5714
FAX: (615) 367-2480
www.tbpr.org

DOUGLAS R. BERGERON
MICHAEL C. BRETT
ANDREW B. CAMPBELL
ERIC A. FULLER
MAUREEN F. HUGHES
JAMES W. MILAM
EILEEN BURKHALTER SMITH
DISCIPLINARY COUNSEL

October 27, 2023

Robert D. Sweeney
230 West Monroe Street, Suite 1500
Chicago, IL 60606

**RE:** Subpoena Served on the Tennessee Board of Professional Responsibility in
*Vrdolyak Law Group, LLC v. Daniel Alholm*
Circuit Court of Cook County, Illinois, Chancery Division, Case No. 2020-CH-01852

Dear Mr. Sweeney:

I am writing to raise objections to the subpoena for documents received by the Tennessee Board of Professional Responsibility ("Board") on October 26, 2023. Specifically, the subpoena seeks documents the Board is prohibited from releasing.

The subpoena received by the Board on October 26, 2023, seeks production of all communications between the Board and Daniel Alholm, the Board and Elvis Gonzalez, Esq., the Board and any assistant or associate of Mr. Gonzalez, the Board and any other lawyer representing Daniel Alholm, and the Board and any other third party concerning an alleged complaint by Mr. Alholm. The disclosure of any such communications, if they exist, is prohibited by Tenn. Sup. Ct. R. 9, § 32.1, which renders "confidential and privileged" and not "public records"

> [a]ll matters, investigations, or proceedings involving allegations of misconduct by or the disability of an attorney, including all information, records, minutes, correspondence, files or other documents of the Board, district committee members and Disciplinary Counsel ...

by § 32.5, which renders "confidential and privileged" and not "public records"

> [a]ll work product and work files of the Board, district committee members, and Disciplinary Counsel, including but not limited to internal memoranda; internal correspondence, emails, and notes; investigative notes, statements and reports; and similar documents and files . . .

and finally, § 32.7 which mandates

> The Board, district committee members, hearing panel members, Disciplinary Counsel, their assistants, staff and employees shall maintain confidentiality with respect to all pending matters, investigations and proceedings arising under this Rule ....

Mr. Sweeney
Page 2
October 27, 2023

---

Accordingly, the Board is prohibited by Rule of the Supreme Court of Tennessee from providing you with any responsive communications, and based upon the foregoing, the Board formally objects to the subpoena and request for production of correspondence as stated.

Please advise me in writing by November 16, 2023, if you intend to take any action to enforce the subpoena or seek documents from the Board, otherwise, I will consider this matter closed and the subpoena withdrawn.

Sincerely,

*[signature]*

A. Russell Willis
Deputy Chief Disciplinary Counsel
Board of Professional Responsibility
10 Cadillac Drive, Suite 220
(615) 361-7500
rwillis@tbpr.org