**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DANIEL ALHOLM, individually and on behalf of those similarly situated, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. 1:22-cv-01820 |
| | ) | Hon. Georgia N. Alexakis |
| v. | ) ) | |
| THE VRDOLYAK LAW GROUP, LLC, | ) ) | |
| *Defendant*. | ) | |

## MOVANT'S MOTION TO WITHDRAW AS ATTORNEY

Pursuant to Local Rule 83.17, Movant Nicole E. DiOrio ("Movant") hereby moves this Court to grant her leave to withdraw as counsel for Defendant Vrdolyak Law Group, LLC ("VLG"). In support, Movant states as follows:

1. VLG is currently represented in this matter by Robert D. Sweeney, Kristin L. Rakowski, and Erin Wenger of the law firm Sweeney, Scharkey & Blanchard.

2. Movant seeks leave to withdraw as counsel for VLG as Movant has accepted other employment and is thus unable to continue in her representation of VLG. Sweeney, Scharkey & Blanchard and the aforementioned attorneys, shall continue to represent VLG.

3. VLG will not be harmed or prejudiced by Movant's withdrawal.

4. Plaintiffs will not be prejudiced if Movant's motion is granted.

Wherefore, Movant Nicole E. DiOrio respectfully requests that this Court enter an order allowing Movant to withdraw as counsel for VLG and for such other relief this court deems just and necessary in the circumstances.

Dated: September 6, 2024                    Respectfully submitted,

By: ____/s/ Nicole E. DiOrio_____
Nicole E. DiOrio
Sweeney, Scharkey & Blanchard LLC
230 West Monroe, Suite 1500
Chicago, Illinois 60606
ndiorio@ssbpartners.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2024, I caused the forgoing to be filed with the Clerk of Court for the United States District Court for the Northern District of Illinois using the Court's CM/ECF system, which will automatically transmit the required notice to all parties of record.

By: _____ /s/ Nicole E. DiOrio